Daniel Virgil Irvin #9270
Attorney to Plaintiff
1758 South Main Street
Salt Lake City, Utah 84115
Tel: 801-746-8404
Fax: 801-746-8405

FILED
U.S. DISTRICT COURT

2007 APR -5  A 8: 36

DISTRICT OF UTAH
BY:
_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROL ANDERSON, | |
| Plaintiff, | **MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR SANCTIONS** |
| v. | |
| ALAN D. WILLS | Case No. 2:07CV00081 TC |
| Defendant. | Judge: |

**COMES NOW** the defendant by and through her attorney of record, Daniel Virgil Irvin and moves this honorable court, to strike defendant's Motion to Dismiss, and requesting that be sanctions be imposed upon the defendant for good cause showing supported by the Plaintiff's affidavit (Exhibit "A") as follows:

1. The Plaintiff admits there was a typographical error in the complaint as written. This was the error of her attorney, Daniel Virgil Irvin. The error, however, was minor in nature, the misspelling of the defendant's name with the letter "e" instead of "i", ( Wells instead of Wills) was attributed to the attorney running a spell check on the computer with automatic correction.

2. The defendant recognized this when the summons and complaint were served upon him and corrected the process server. Defendant

accepted the service.

3. Defendant admits in his answer, that he was in fact married to the Plaintiff, but disputes the debt and dates of debt.

4. The defendant has deliberately attempted to mislead the court in stating, he is not the person in question but that the person once married to the Plaintiff, who incurred the debt, is another, not himself. Then in his answer admits he is the person who was once married to the Plaintiff.

5. Defendant then states reasons of statute of limitations as to why he does not owe the debt.

6. This is further evidence of the defendant's deceptive nature and a feeble attempt to further delay repayment to the Plaintiff.

7. The Plaintiff believes that the defendant is attempting to drag this matter out further to obtain time to hide and divest himself of his assets, which are many, so he can further deprive the Plaintiff of the money owed to her by the defendant. The Defendant has been successful in doing this for several years as he himself states, in attempting to apply the Statute of Limitations on a contract agreement.

8. The Plaintiff in her affidavit clearly identifies the person in the photograph, provided by the defendant, as the man to whom she was married and to whom she loaned the money involved.

9. The defendant has attempted to manipulate this honorable court

and the judicial system to further delay and to deceive this court in an attempt to prevent the court taking any affirmative action before he can hide and divest himself of his assets.

10. Furthermore, Plaintiff has identified the signature of the defendant placed on the defendant's answer as being the signature of the man she was married to, and the man to whom she loaned the money and signed her promissory note.

11. As further evidence of the defendant's deceptive nature and intent, at the time of the termination of the Plaintiff's marriage to the defendant, the defendant stated to the Plaintiff if she had no more money to loan him, then he had no further use for her and to get out. Which the Plaintiff did.

WHEREFORE, the Plaintiff prays that this honorable court will see through the defendant's deceptive attempts to deny his identity and to prolong the judicial process needlessly by attempting to dismiss the complaint in this matter asking the court to have the Plaintiff serve the proper party, not himself. The Plaintiff further prays this court will sanction the defendant for his attempt to deceive this court for his untruthful statement as to his identity by requiring the defendant to comply to the following:

1. Strike the defendant's Motion to Dismiss this case.

2. An order requiring the defendant to pay reasonable attorney fees to the Plaintiff's attorney for requiring further needless litigation by his attempt at deception.

3. An order from this court prohibiting the defendant from disposing of his assets prior to the conclusion and disposition of this matter.

DATED this 4th, day of April, 2007.

**DANIEL VIRGIL IRVIN**
**ATTORNEY TO PLAINTIFF**

# EXHIBIT "A"

Daniel Virgil Irvin #9270
Attorney to Plaintiff
1758 South Main Street
Salt Lake City, Utah 84115
Tel: 801-746-8404
Fax: 801-746-8405

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| CAROL ANDERSEN, | AFFIDAVIT STATEMENT |
| --- | --- |
| Plaintiff, | OF |
| | CAROL ANDERSEN |
| v. | |
| ALAN D. WILLS | Case No. 2:07CV00081 TC |
| Defendant. | Judge: Tena Cambell |

**COMES NOW** Ms. Carol Anderson, having been duly sworn upon her oath, deposes and says:

1. I have viewed the copy of the driver's license, with photograph, of the defendant Alan D. Wills, which Mr. Wills in his *Answer to the Court* provided, and can positively identify him as;

    a.) The man to whom I was married.

    b.) The man to whom I loaned $75,000.00.

    c.) The same man who, in the presence of a public notary, signed the promissory note for $75,000.00, held in evidence, by my attorney, in this case.

2. I have also reviewed the signature of Mr. Alan D. Wills affixed to the pleadings submitted to the court, in this case, and can positively identify

the signature as that of Alan D. Wills, the defendant.

3. I have reviewed the hand written block print statement of Mr. Alan D. Wills, submitted to the court in this matter, and I can positively identify it as having been written by my former husband and defendant in this case one Alan D. Wills.

**FURTHER AFFIANT SAYETH NOT**

DATED this 29th day of March, 2007.

*Ms. Carol Anderson*
Ms. Carol Anderson

Subscribed and sworn to before me this 29 day of March, 2007.

*Thomas H. Sheffield*
Notary Public

My Commission Expires: June 26, 2009



## CERTIFICATE OF MAILING

I certify that on the 4th day of April, 2007, I mailed/hand delivered a copy of the **Motion to Strike Defendant's Motion to Dismiss and Request for Sanctions** to the following parties:

The United States District Court
District of Utah, Central Division
Judge Tena Campbell (#235)
350 South Main Street # 150
Salt Lake City, Utah 84101

Alan D. Wills
Defendant
2745 East Michelle Way
Gilbert, Arizona 85234

_____
DANIEL VIRGIL IRVIN