IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2009 JAN 16  P 2: 19

DISTRICT ____

BY:_____

| | |
|---|---|
| CAROL ANDERSEN,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN D. WILLS,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:07-cv-0081 CW<br><br>Judge Clark Waddoups<br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Tena Campbell, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). Subsequently, the case was reassigned to United States District Court Judge Clark Waddoups, but the prior order of reference was affirmed. On December 4, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that the court grant Plaintiff's Motion for Partial Summary Judgment.

Defendant has not filed an objection to the Report and Recommendation, and the time for doing so has passed. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.

DATED this 15th day of January, 2009.

BY THE COURT:

Clark Waddoups
United States District Judge