# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROL ANDERSEN,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLEN D. WILLS,<br><br>   Defendant. | Case No. 2:07 cv 081 CW<br><br>**REPORT AND RECOMMENDATION**<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

  Before the Court is Plaintiff Carol Anderson's Motion for Summary Judgment, which she filed on February 10, 2010.[1] Plaintiff moves the Court for summary judgment as to the amount of damages to be awarded. Defendant has failed to oppose Plaintiff's motion and the time to do so has passed.[2] Further, on March 18, 2010, this Court entered an Order to Show Cause directing Defendant to respond in writing by April 30, 2010, regarding why the Court should not grant Plaintiff's Motion for Summary Judgment and enter judgment against him. In this order, the Court specifically warned Mr. Wills that a failure to respond would result in a recommendation that the motion be granted and judgment be entered against him. The Court further warned Mr. Wills of the putative damage amounts. Despite these warnings, Defendant has failed to respond to the Court's Order to Show Cause.

---

[1] Docket no. 40.
[2] *See* DUCivR. 7-4(A) ("A memorandum opposing [a motion for summary judgment] must be filed within twenty-eight (28) days after service of the motion or within such time as allowed by the court.").

Local Rule 7-1(d) states that a "Failure to respond timely to a motion may result in the court's granting the motion without further notice."[3] A review of the record denotes Defendant has failed to respond to Plaintiff's motion and the Court's Order to Show Cause. There is nothing in the record to indicate Mr. Wills has not been properly served with either the Court's Order to Show Cause or Plaintiff's motion.[4]

Therefore, on account of Defendant's failure to defend this action, and for those reasons set forth in Plaintiff's Motion for Summary Judgment, the Court HEREBY RECOMMENDS that Plaintiff's Motion for Summary Judgment be GRANTED.

Copies of the foregoing report and recommendation are being mailed to all parties who are hereby notified of their right to object. The parties must file any objection to the Report and Recommendation within ten days after receiving it. Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 3rd day of May, 2008.

_Brooke C. Wells_
Brooke C. Wells
United States Magistrate Judge

---

[3] DUCivR 7-1(d) (2009).
[4] *See* Docket no. 42 (certificate of service indicating Plaintiff has mailed Defendant the Motion for Summary Judgment on several occasions).