IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROL ANDERSON,<br><br>            Plaintiff,<br><br>vs.<br><br>ALAN D. WELLS,<br><br>            Defendant. | **ORDER**<br><br>Case No. 2:07-cv-0081 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On January 16, 2010, the court adopted a Report and Recommendation, which granted partial summary judgment in Plaintiff's favor.[1] Plaintiff then moved for summary judgment as to the amount of damages.[2] Defendant did not file an opposition to the motion. Accordingly, Judge Wells issued an Order to Show Cause why judgment should not be entered against him in the amount requested.[3] Again, Defendant filed no response. As a result, on May 3, 2010, Judge Wells issued a second Report and Recommendation, recommending that summary judgment be granted as to damages.[4]

After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation. The court enters judgment in the amount of

---

[1] Docket No. 39.

[2] Docket No. 40.

[3] Docket No. 41.

[4] Docket No.

$155,856.18 against Defendant.[5]

SO ORDERED this 29th day of June, 2010.

BY THE COURT:

Clark Waddoups
United States District Judge

---

[5] This amount differs by $100.00 from the amount requested by Plaintiff in her motion because there appears to have been an addition error in the amount requested.